IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **THERESA BETH ARBUCKLE,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:14-cv-27-O |
| **CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,** | § § § § § | |
| Defendant. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiffs' motion to proceed in forma pauperis (ECF No. 2) is **DENIED**. Plaintiff's complaint will be subject to dismissal without further notice under Federal Rule of Civil Procedure 41(b) unless Plaintiff pays the full filing and administrative fees within seven (7) days of this order.

**SO ORDERED** on this **25th day** of **February, 2014.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**